```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

```
JOHNNIE E. GRAYDON,              :
                                 :
     Plaintiff,                  :
                                 :
vs.                              :   CIVIL ACTION 06-0646-BH-M
                                 :
BEATRICE MCLEAN,                 :
                                 :
     Defendant.                  :
```

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE** this 8th day of January, 2007.

                                                   s/ W. B. Hand
                                        SENIOR DISTRICT JUDGE